```
                           United States Bankruptcy Court
                            Eastern District of New York

In re:                                                          Case No. 14-75667-ast
Motor Parkway Enterprises, Inc.                                 Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-8          User: atennerie              Page 1 of 2          Date Rcvd: Jan 09, 2015
                              Form ID: 228                 Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2015.
db              +Motor Parkway Enterprises, Inc.,    701 Montauk Highway,    Bay Shore, NY 11706-8220
smg              NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
                  Brooklyn, NY   11201-3719
smg              NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,    Albany, NY  12201
smg             +United States of America,    Secretary of the Treasury,    15th Street & Pennsylvania Ave. NW,
                  Washington, DC 20220-0001
8478867         +A-Expert Extermination,    Control,   1782 Coney Island Ave,    Brooklyn, NY 11230-6502
8478868         +Accu Data Payroll,    95 W Old Country Road,    Hicksville, NY 11801-4023
8478869          Cablevision,    PO Box 371378,   Pittsburgh, PA 15250-7378
8478870         +Core-Mark Midcontinent,    PO Box 1450,    100 West End Rd.,   Wilkes Barre, PA 18706-5449
8486405         +Core-Mark Midcontinent, Inc.,    %Wilson, Elser, Moskowitz, Edelman,    677 Broadway,
                  Albany NY 12207-2998
8478871          Cullen & Dykman LLP,    Attn: Matthew Roseman,    100 Quentin Roosevelt,   Boulevard,
                  Garden City, NY 11530-4850
8478872         +Forchelli, Curto, Deegan,,    Schwartz, Mineo & Terrana,    333 Earle Ovington Blvd,   Suite 1010,
                  Uniondale, NY 11553-3645
8478873         +Gasda,   372 Doughty Blvd,    Suite 2C,   Inwood, NY 11096-1366
8478875         +Island Pump & Tank,    40 Doyle Court,    East Northport, NY 11731-6405
8478877          NYS Assessment,    Receivables,   PO Box 4127,   Binghamton, NY 13902-4127
8478879         +NYS Department of,    Taxation & Finance,    Bankruptcy Unit,   PO Box 5300,
                  Albany, NY 12205-0300
8478878         +NYS Department of,    Taxation and Finance,    Attn: Office of Counsel,
                  Bldg 9 WA Harriman Campus,    Albany, NY 12227-0001
8478880         +NYS Dept Of Taxation &,    Finance Bankruptcy Unit -,    TCD - Building 8, Rm 455,
                  W.A.Harriman State Campus,    Albany, NY 12227-0001
8478876         +New York Commercial,    Bank,   Attn: Andrew Baltz,    102 Duffy Ave. 4th Floor,
                  Hicksville, NY 11801-3630
8481110         +New York Commercial Bank,    c/o Cullen and Dykman LLP,
                  Attn: Matthew Roseman and Bonnie Pollack,    100 Quentin Roosevelt Blvd.,
                  Garden City, NY 11530-4850
8478881         +Simco Management,    1520 Northern Blvd,   Manhasset, NY 11030-3006
8478882         +Westerman, Ball, Ederer,,    Miller, Zucker &,    Sharfstein, LLP,   1201 RXR Plaza,
                  Uniondale, NY 11556-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Jan 09 2015 18:13:24     United States Trustee,
                  Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
                  Central Islip, NY 11722-4456
8478874          E-mail/Text: cio.bncmail@irs.gov Jan 09 2015 18:13:19     Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Internal Revenue Service,    PO Box 7346,   Philadelphia, PA  19101-7346
smg*            +NYS Department of Taxation & Finance,    Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
                                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2015                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2015 at the address(es) listed below:
              Bonnie   Pollack    on behalf of Creditor    New York Commercial Bank bpollack@cullenanddykman.com
              Michael J Macco    on behalf of Debtor    Motor Parkway Enterprises, Inc. csmith@maccosternlaw.com
              Peter A Lauricella    on behalf of Creditor    Core-Mark Midcontinent, Inc.
               peter.lauricella@wilsonelser.com, deana.mason@wilsonelser.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
```

```
District/off: 0207-8           User: atennerie          Page 2 of 2              Date Rcvd: Jan 09, 2015
                               Form ID: 228             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 4

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

IN RE:                                                                                                              CASE NO: 8−14−75667−ast

    Motor Parkway Enterprises, Inc.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                     CHAPTER: 11

    11−2832667

                    DEBTOR(s)

## NOTICE OF CONSOLIDATION WITH AMENDED CAPTION

**Notice is hereby given that:**

The above−captioned debtor(s) having filed a petition under Chapter 11 of the United States Bankruptcy Code on December 24, 2014, and an order having been entered by the Honorable Alan S Trust on January 9, 2015, Jointly Administering the case and amending the caption.

**The caption is amended as set forth below:**

IN RE:

Medford Development Corp.
Case No.: 14−75666−ast
Motor Parkway Enterprises
Inc. Case No.: 14−75667−ast
Airport Development Corp.
Case No.: 14−75683−ast
Wheeler Development LLC
Case No.: 14−75668−ast
Smithtown Development Corp.
Case No.: 14−75669−ast
Brentwood Development Corp.
Case No.: 14−75670−ast
Holbrook Development Corp.
Case No.: 14−75671−ast
Carman Development Corp.
Case No.: 14−75672−ast
Maple Avenue Hauppauge
Dev. Corp. Case No.:
14−75674−ast
Port Jefferson Development
Corp. Case No.: 14−75675−ast
Ronkonkoma Development
Corp. Case No.: 14−75676−ast
Islandia Development Corp.
Case No.: 14−75677−ast
Oceanside Enterprises Inc.
Case No.: 14−75678−ast
Islip Development Corp. Case
No.: 14−75679−ast
Westbury Enterprises Inc. Case
No.: 14−75680−ast

                                    CHAPTER: 11

            DEBTOR(s)

- ☑ An order having been entered consolidating these Chapter 11 cases for **Procedural Purposes Only** and providing for its joint administration. All further original docket entries other than proofs of claims, shall be made on the docket: **14–75666–ast.**
- ☐ An order having been entered **Substantively** consolidating these Chapter 11 cases and providing for their joint administration. All further docket entries and proof of claims, shall be made on the lead case docket number: **.**

Dated: January 9, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLacc1d.jsp** [Notice of Consolidation with Amended Caption rev. 08/29/12]