UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re _Motor Pkwy Ent, Inc,_
Debtor

Case No. _14-75667_
Reporting Period: _6/1 - 6/30/15_
Federal Tax I.D. # _11-2832667_

## MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | ✓ | |
| Statement of Operations | MOR-2 | ✓ | |
| Balance Sheet | MOR-3 | ✓ | |
| Status of Post-petition Taxes | MOR-4 | ✓ | |
| Copies of IRS Form 6123 or payment receipt | | ✓ | |
| Copies of tax returns filed during reporting period | | ✓ | |
| Summary of Unpaid Post-petition Debts | MOR-4 | ✓ | |
| Listing of aged Accounts Payable | | ✓ | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____[signature]_____            Date: _7/24/15_
Signature of Debtor

_____            Date: _____
Signature of Joint Debtor

_____            Date: _____
Signature of Authorized Individual*

_____            _____
Printed Name of Authorized Individual            Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(10/00)

In re **Motor Pkwy Ent. Inc** / Debtor

Case No. **14-75667**
Reporting Period: **6/1 - 6/30/15**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | 108561 | | | | 108561 | | 108561 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 361645 | | | | 361645 | | 1625492 | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | 70650 | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | 361645 | | | | 361645 | | 1696142 | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 0 | | | | 0 | | 0 | |
| PAYROLL TAXES | 0 | | | | 0 | | 0 | |
| SALES, USE, & OTHER TAXES | 14291 | | | | 14291 | | 100 | |
| INVENTORY PURCHASES | 261647 | | | | 261647 | | 45745 | |
| SECURED/RENTAL/LEASES | 30097 | | | | 30097 | | 1164359 | |
| INSURANCE | 6982 | | | | 6982 | | 174191 | |
| ADMINISTRATIVE | 16900 | | | | 16900 | | 71950 | |
| SELLING | — | | | | — | | 81100 | |
| OTHER (ATTACH LIST) | 11481 | | | | 11481 | | | |
| OWNER DRAW * | — | | | | — | | 26787 | |
| TRANSFERS (TO DIP ACCTS) | — | | | | — | | — | |
| PROFESSIONAL FEES | — | | | | — | | 32406 | |
| U.S. TRUSTEE QUARTERLY FEES | — | | | | — | | 4500 | |
| COURT COSTS | — | | | | — | | 5200 | |
| TOTAL DISBURSEMENTS | 341398 | | | | 341398 | | 1567333 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 20247 | | | | 20247 | | 128809 | |
| CASH - END OF MONTH | 128809 | | | | 128809 | | 128809 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 341398 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | — |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | — |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 341398 |

FORM MOR-1
(10/00)

In re **Motor Play Ent, INC,**
_____Debtor_____

Case No. **14-75667**
Reporting Period: **6/1 - 6/30/15**

## BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | # | Operating | # | Payroll | # | Tax | # | Other |
|---|---|---|---|---|---|---|---|---|
| BALANCE PER BOOKS | | 128809 | | | | | | |
| BANK BALANCE | | 128809 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST): e.g. (1,000) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | 128809 | | | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| CHECKS OUTSTANDING | | Ck.# | | | | Ck.# | | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

OTHER

FORM MOR-1 (CON'T)
(10/00)

In re: **Motor Pkwy Ent, Inc.**, Debtor

Case No. 14-75667
Reporting Period: 6/1 - 6/30/15

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 361645 | 1696142 |
| Less: Returns and Allowances | | |
| Net Revenue | 361645 | 1696142 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0 | |
| Add: Purchases | 261647 | 1164359 |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | 261647 | 1164359 |
| Gross Profit | 99998 | 531783 |
| **OPERATING EXPENSES** | | |
| Advertising | — | — |
| Auto and Truck Expense | — | — |
| Bad Debts | — | — |
| Contributions | — | — |
| Employee Benefits Programs | — | — |
| Insider Compensation* | — | — |
| Insurance | 6982 | 22950 |
| Management Fees/Bonuses | — | — |
| Office Expense | — | — |
| Pension & Profit-Sharing Plans | — | — |
| Repairs and Maintenance | 2469 | 7752 |
| Rent and Lease Expense | 30097 | 174191 |
| Salaries/Commissions/Fees | 16900 | 81100 |
| Supplies | — | — |
| Taxes - Payroll | — | 100 |
| Taxes - Real Estate | — | — |
| Taxes - Other | 14291 | 58704 |
| Travel and Entertainment | — | — |
| Utilities | 9012 | 29029 |
| Other (attach schedule) | | 21446 |
| Total Operating Expenses Before Depreciation | 79751 | 395272 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 20247 | 136511 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | — | — |
| Interest Expense | — | — |
| Other Expense (attach schedule) | — | — |
| Net Profit (Loss) Before Reorganization Items | 20247 | 136511 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | — | 4500 |
| U.S. Trustee Quarterly Fees | — | 5200 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | — | |
| Other Reorganization Expenses (attach schedule) | — | |
| Total Reorganization Expenses | — | |
| Income Taxes | — | |
| Net Profit (Loss) | 20247 | 126811 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(10/00)

In re __Motor Pkwy Ent. Inc___
       Debtor

Case No. __14-75667__

Reporting Period: __6/1 - 6/30/15__

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Checks error, | | 26 |
| Set | | 326 |
| Trnst. to PIP | | 18414 |
| Trnst to DIP In Error | | 1032 |
| Reversed | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

eorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
iterest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a organization item.

FORM MOR-2 (CON'T)
(10/00)

In re: **Motor Pkwy Ent, Inc.**
Debtor

Case No. **14-75667**
Reporting Period: **6/1 - 6/30/15**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 128,809 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| **TOTAL CURRENT ASSETS** | 128,809 | |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less: Accumulated Depreciation | | |
| **TOTAL PROPERTY & EQUIPMENT** | 0 | |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| **TOTAL OTHER ASSETS** | 0 | |
| **TOTAL ASSETS** | 129,809 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | 13,866 | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Post-petition Liabilities (attach schedule) | | |
| **TOTAL POST-PETITION LIABILITIES** | 13,866 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | 98,301 | 98,301 |
| Unsecured Debt | 91,697 | 91,697 |
| **TOTAL PRE-PETITION LIABILITIES** | 189,998 | 189,998 |
| **TOTAL LIABILITIES** | 203,864 | 189,998 |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Post-petition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Post-petition Contributions (attach schedule) | | |
| **NET OWNERS' EQUITY** | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 203,684 | 189,998 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(10/00)

In re **Motor Pkwy Ent, Inc.**
        Debtor

Case No. **14-75667**

Reporting Period: **6/1 - 6/30/15**

## BALANCE SHEET - continuation sheet

| ASSETS<br>Other Current Assets | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | 0 | 0 |
|  |  |  |
|  |  |  |
|  |  |  |
|  | 0 | 0 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Adjustments to Owners' Equity | 0 | 0 |
|  |  |  |
|  |  |  |
|  |  |  |
| Post-petition Contributions | 0 | 0 |
|  |  |  |
|  |  |  |
|  |  |  |
|  | 0 | 0 |

estricted Cash: Cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 (CONT)
(10/00)

In re **Motor Pkwy Ent, Inc,**
Debtor

Case No. **14-75667**
Reporting Period: **6/1 - 6/30/15**

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax | Amount Withheld or | Amount Paid | Date Paid | Check No. or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | 14291 | 13866 | 14291 | 6/22 | EFT | 13866 |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total State and Local** | | | | | | |
| **Total Taxes** | 14291 | 13866 | 14291 | 6/22 | EFT | 13866 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | | | | | |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Post-petition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

FORM MOR-4
(10/00)

In re **Motor Pkwy Ent Inc.**, Debtor

Case No. **14-75667**

Reporting Period: **6/1 - 6/30/15**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | — |
| Plus: Amounts billed during the period | — |
| Less: Amounts collected during the period | — |
| Total Accounts Receivable at the end of the reporting period | — |

| | Amount |
|---|---|
| 0 - 30 days old | — |
| 31 - 60 days old | — |
| 61 - 90 days old | — |
| 91+ days old | — |
| Total Accounts Receivable | — |
| Less: Bad Debts (Amount considered uncollectible) | — |
| Net Accounts Receivable | — |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all post-petition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5
(10/00)

MOTOR PARKWAY ENTERPRISES

Jun-15
SALES TAX
COUNTY: SUFFOLK

|  | PREMIUM | MIDGRADE | REGULAR | DIESEL |
|---|---|---|---|---|
| BEGINNING INVENTORY | 1582 | 0 | 3233 | 1324 |
| +GALLONS PURCHASED | 7492 | 4776 | 69371 | 4596 |
| -ENDING INVENTORY | 1520 | 0 | 3981 | 885 |
| GALLONS SOLD | 7554 | 4776 | 68623 | 5035 |
| AVERAGE SELLING PRICE | 4.01594917 | 3.891356784 | 3.226472174 | 3.9465899 |
| LESS:NYS SALES TAX/GAL | 0.2445 | 0.2395 | 0.2125 | 0.2415 |
|  | 3.77144917 | 3.651856784 | 3.013972174 | 3.7050899 |
| LESS:EXCISE TAX | 0.08 | 0.08 | 0.08 | 0.08 |
| TAXABLE BASE BPRICE/GAL | 3.69144917 | 3.571856784 | 2.933972174 | 3.6250899 |
| X GALLONS SOLD | 7554 | 4776 | 68623 | 5035 |
| TAXABLE SALES | 27,885.21 | 17,059.19 | 201,337.97 | 18,252.33 |
| TOTAL TAXABLE SALES/GAL SOLD |  | 246,282.37 | 80953 | 18,252.33 |
| XSALES TAX |  | 0.0425 | 0.0875 | 0.0425 |
| SALES TAX |  | 10,467.00 | 7,083.39 | 775.72 |
| TOTAL GALLONS PURCHASED |  | 81639 |  | 4596 |
| XTAX RATE/GAL |  | 0.21 |  | 0.21 |
| PREPAID SALES TAX |  | 17144.19 |  | 965.16 |
| TOTAL SALES TAX |  | 17,550.39 |  | 1,216.29 |
| LESS:PREPAID SALES TAX |  | 17144.19 |  | 965.16 |
| **BALANCE DUE ON FUEL** |  | 406.20 |  | 251.13 |
| GROSS NON-FUEL SALES |  | 294214.20 |  |  |
| TAXABLE SALES |  | 227992.15 |  |  |
| XSALES TAX RATE |  | 0.08625 |  |  |
| **SALES TAX DUE** |  | 19,664.32 |  |  |
| TOTAL GALLONS SOLD |  | 80953 |  | 5035 |
| XEXCISE TAX/GAL |  | 0.08 |  | 0.08 |
| TOTAL EXCISE TAX |  | 6476.24 |  | 402.8 |

CIGARETTES

| BEGINNING INVNTRY(PACKS) | 1984 |
|---|---|
| ADD:PURCHASES | 7970 |
| LESS:ENDING INVNTRY | 1230 |
| PACKS SOLD | 8724 |
| XPRICE/PACK | 10 |
| GROSS SALES | 87240 |
| PURCHASES(PKS) | 7970 |
| XSALES TAX/PACK | 0.81 |
| PREPAID SALES TAX | 6455.7 |

TOTAL DUE:       13,865.95

| TOTAL TAXES | 38,431.00 |
|---|---|
| TOTAL CREDITS | 24,565.05 |
|  | 13,865.95 |



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOTOR PARKWAY ENTERPRISES INC
DIP CASE 14-75667 EDNY
701 W MONTAUK HWY
BAY SHORE NY 11706

Page: 1 of 6
Statement Period: Jun 01 2015-Jun 30 2015
Cust Ref #: 4311234449-039-T-###
Primary Account #:

## Chapter 11 Checking
MOTOR PARKWAY ENTERPRISES INC
DIP CASE 14-75667 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 108,561.35 | Average Collected Balance | 95,451.86 |
| Deposits | 151,032.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 208,174.02 | Days in Period | 30 |
| Other Credits | 2,439.00 | | |
| Checks Paid | 60,378.08 | | |
| Electronic Payments | 19,980.32 | | |
| Other Withdrawals | 261,039.25 | | |
| Ending Balance | 128,808.72 | | |

### DAILY ACCOUNT ACTIVITY

#### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/1 | DEPOSIT | 5,128.00 |
| 6/1 | DEPOSIT | 4,852.00 |
| 6/1 | DEPOSIT | 4,754.00 |
| 6/1 | DEPOSIT | 3,811.00 |
| 6/1 | DEPOSIT | 3,761.00 |
| 6/3 | DEPOSIT | 4,113.00 |
| 6/4 | DEPOSIT | 3,222.00 |
| 6/8 | DEPOSIT | 4,192.00 |
| 6/8 | DEPOSIT | 4,163.00 |
| 6/8 | DEPOSIT | 3,893.00 |
| 6/8 | DEPOSIT | 3,185.00 |
| 6/8 | DEPOSIT | 2,000.00 |
| 6/8 | DEPOSIT | 707.00 |
| 6/12 | DEPOSIT | 4,007.00 |
| 6/15 | DEPOSIT | 4,240.00 |
| 6/17 | DEPOSIT | 4,764.00 |
| 6/17 | DEPOSIT | 4,032.00 |
| 6/17 | DEPOSIT | 3,995.00 |
| 6/17 | DEPOSIT | 3,691.00 |
| 6/17 | DEPOSIT | 2,818.00 |
| 6/19 | DEPOSIT | 5,255.00 |
| 6/19 | DEPOSIT | 3,428.00 |
| 6/22 | DEPOSIT | 5,501.00 |
| 6/22 | DEPOSIT | 4,202.00 |
| 6/22 | DEPOSIT | 4,149.00 |
| 6/22 | DEPOSIT | 3,568.00 |
| 6/24 | DEPOSIT | 4,331.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 128,808.72 |
| ② Total Deposits | + |
| ③ Sub Total | |
| ④ Total Withdrawals | − |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



# Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOTOR PARKWAY ENTERPRISES INC
DIP CASE 14-75667 EDNY

Page: 3 of 6
Statement Period: Jun 01 2015-Jun 30 2015
Cust Ref #: 4311234449-039-T-###
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/24 | DEPOSIT | 4,154.00 |
| 6/25 | DEPOSIT | 4,411.00 |
| 6/26 | DEPOSIT | 4,807.00 |
| 6/29 | DEPOSIT | 5,178.00 |
| 6/29 | DEPOSIT | 4,285.00 |
| 6/29 | DEPOSIT | 2,900.00 |
| 6/30 | DEPOSIT | 5,765.00 |
| 6/30 | DEPOSIT | 4,762.00 |
| 6/30 | DEPOSIT | 4,627.00 |
| 6/30 | DEPOSIT | 4,381.00 |
| | Subtotal: | 151,032.00 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/1 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200209252 | 7,083.10 |
| 6/2 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200203331 | 13,710.58 |
| 6/2 | CCD DEPOSIT, 7-ELEVEN INC. PAYMENT 0000900658634 | 7,000.00 |
| 6/2 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER    4311234449 | 1,395.19 |
| 6/2 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200203330 | 39.84 |
| 6/3 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200191886 | 4,529.72 |
| 6/3 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200191888 | 350.00 |
| 6/3 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200191885 | 5.45 |
| 6/4 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200204589 | 5,169.08 |
| 6/4 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200204588 | 4.27 |
| 6/5 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200215389 | 4,984.34 |
| 6/5 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200215388 | 5.84 |
| 6/8 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200211670 | 5,262.24 |
| 6/9 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200212953 | 11,094.47 |
| 6/9 | CCD DEPOSIT, 7-ELEVEN INC. PAYMENT 0000900660391 | 7,000.00 |
| 6/9 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER    4311234449 | 3,678.45 |
| 6/9 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200212952 | 8.69 |
| 6/10 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200220185 | 4,708.50 |
| 6/10 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER    4311234449 | 2,368.07 |
| 6/10 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200220184 | 2.70 |
| 6/11 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200223070 | 4,200.28 |
| 6/12 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200211721 | 5,487.06 |
| 6/12 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER    4311234449 | 649.37 |
| 6/12 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200211720 | 3.45 |
| 6/15 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200230159 | 5,471.33 |
| 6/15 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER    4311234449 | 1,424.74 |
| 6/16 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200228683 | 10,955.26 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOTOR PARKWAY ENTERPRISES INC
DIP CASE 14-75667 EDNY

Page: 4 of 6
Statement Period: Jun 01 2015-Jun 30 2015
Cust Ref #: 4311234449-039-T-###
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/16 | CCD DEPOSIT, 7-ELEVEN INC. PAYMENT 0000900664584 | 7,000.00 |
| 6/16 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 734.19 |
| 6/16 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200228682 | 18.35 |
| 6/17 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200226799 | 5,638.64 |
| 6/17 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 1,908.46 |
| 6/18 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200235246 | 5,419.11 |
| 6/19 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200236609 | 5,467.76 |
| 6/19 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 1,437.23 |
| 6/22 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200237978 | 6,011.95 |
| 6/22 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200237977 | 67.35 |
| 6/23 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200233473 | 11,688.62 |
| 6/23 | CCD DEPOSIT, 7-ELEVEN INC. PAYMENT 0000900666804 | 7,000.00 |
| 6/23 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 1,418.83 |
| 6/23 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200233472 | 43.03 |
| 6/24 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200238764 | 5,575.24 |
| 6/24 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 1,752.60 |
| 6/25 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200234621 | 5,483.81 |
| 6/26 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200247192 | 6,620.59 |
| 6/26 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 1,434.61 |
| 6/26 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200247191 | 6.46 |
| 6/29 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200240046 | 5,624.29 |
| 6/29 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 749.40 |
| 6/29 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200240045 | 5.68 |
| 6/30 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200240095 | 12,738.86 |
| 6/30 | CCD DEPOSIT, 7-ELEVEN INC. PAYMENT 0000900670087 | 7,000.00 |
| 6/30 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 727.98 |
| 6/30 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200240094 | 8.96 |
| | Subtotal: | 208,174.02 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/9 | DEPOSIT CORRECTION | 2,439.00 |
| | Subtotal: | 2,439.00 |

### Checks Paid   No. Checks: 27

For online bill pay customers, checks numbered "99XXXX" likely represent payments to a Biller that were delivered as a paper check. Funds were withdrawn from your account when the check was cashed. You can view these cleared checks in the Account History section of Online Banking.
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 6/2 | 172 | 302.51 | 6/5 | 180* | 267.22 |
| 6/8 | 175* | 100.87 | 6/2 | 181 | 156.90 |
| 6/4 | 177* | 74.76 | 6/1 | 182 | 36.09 |
| 6/2 | 178 | 1,598.11 | 6/2 | 183 | 800.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOTOR PARKWAY ENTERPRISES INC
DIP CASE 14-75667 EDNY

Page: 5 of 6
Statement Period: Jun 01 2015-Jun 30 2015
Cust Ref #: 4311234449-039-T-###
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

For online bill pay customers, checks numbered "99XXXX" likely represent payments to a Biller that were delivered as a paper check. Funds were withdrawn from your account when the check was cashed. You can view these cleared checks in the Account History section of Online Banking.
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 6/4 | 184 | 27,588.48 | 6/17 | 195 | 312.84 |
| 6/4 | 185 | 1,400.00 | 6/18 | 196 | 3,000.00 |
| 6/4 | 186 | 500.00 | 6/22 | 197 | 465.32 |
| 6/8 | 187 | 673.95 | 6/24 | 198 | 499.67 |
| 6/2 | 188 | 1,500.00 | 6/26 | 199 | 4,350.78 |
| 6/2 | 189 | 800.00 | 6/25 | 200 | 578.41 |
| 6/4 | 190 | 5,000.00 | 6/22 | 201 | 209.27 |
| 6/8 | 192* | 4,000.00 | 6/26 | 202 | 1,119.93 |
| 6/5 | 193 | 2,000.00 | 6/30 | 203 | 2,032.97 |
| 6/19 | 194 | 1,010.00 | | | |
| | | | | Subtotal: | 60,378.08 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/1 | eTransfer Debit, Online Xfer<br>Transfer to CK 4311239837 | 2,000.00 |
| 6/1 | CCD DEBIT, AMOCO DLR/JBR EDI PAYMNT 5200209253 | 225.00 |
| 6/3 | CCD DEBIT, AMOCO DLR/JBR EDI PAYMNT 5200191887 | 100.00 |
| 6/8 | ELECTRONIC CK PMT-ARC, CABLEVISION CHECK PYMT 0176 | 314.90 |
| 6/8 | ELECTRONIC CK PMT-ARC, CABLEVISION CHECK PYMT 0179 | 221.72 |
| 6/10 | eTransfer Debit, Online Xfer<br>Transfer to CK 4311239837 | 1,000.00 |
| 6/16 | eTransfer Debit, Online Xfer<br>Transfer to CK 4311239837 | 1,000.00 |
| 6/19 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 0Y2B44640374100 | 25.75 |
| 6/22 | eTransfer Debit, Online Xfer<br>Transfer to CK 4311239837 | 10,290.70 |
| 6/22 | CCD DEBIT, AMOCO DLR/JBR EDI PAYMNT 5200237979 | 283.05 |
| 6/22 | ACH DEBIT, UTICA FIRST INS INS PREM ULC1421748 | 222.50 |
| 6/22 | CCD DEBIT, PREMIN7183758300 INSFINANCE 4730653 | 149.29 |
| 6/25 | ACH DEBIT, UTICA FIRST INS INS PREM BOP1421747 | 3,601.27 |
| 6/29 | ELECTRONIC CK PMT-ARC, VERIZON WIRELESS PAYMENT 0204 | 546.14 |
| | Subtotal: | 19,980.32 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/1 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 17,700.00 |
| 6/1 | WIRE TRANSFER OUTGOING, BP Products North America | 17,700.00 |
| 6/1 | WIRE TRANSFER FEE | 25.00 |
| 6/1 | WIRE TRANSFER FEE | 25.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOTOR PARKWAY ENTERPRISES INC
DIP CASE 14-75667 EDNY

Page: 6 of 6
Statement Period: Jun 01 2015-Jun 30 2015
Cust Ref #: 4311234449-039-T-###
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/4 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 17,800.00 |
| 6/4 | WIRE TRANSFER FEE | 25.00 |
| 6/5 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 17,800.00 |
| 6/5 | WIRE TRANSFER FEE | 25.00 |
| 6/9 | WIRE TRANSFER OUTGOING, BP Products North America | 18,600.00 |
| 6/9 | WIRE TRANSFER FEE | 25.00 |
| 6/12 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 36,200.00 |
| 6/12 | WIRE TRANSFER FEE | 25.00 |
| 6/17 | WIRE TRANSFER OUTGOING, BP Products North America | 19,700.00 |
| 6/17 | WIRE TRANSFER FEE | 25.00 |
| 6/19 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 37,300.00 |
| 6/19 | WIRE TRANSFER FEE | 25.00 |
| 6/23 | WIRE TRANSFER OUTGOING, BP Products North America | 18,600.00 |
| 6/23 | WIRE TRANSFER FEE | 25.00 |
| 6/26 | WIRE TRANSFER OUTGOING, B P Products North America Inc | 36,900.00 |
| 6/26 | WIRE TRANSFER FEE | 25.00 |
| 6/29 | WIRE TRANSFER OUTGOING, BP Products North America | 18,300.00 |
| 6/29 | WIRE TRANSFER OUTGOING, BP Products North America | 4,139.25 |
| 6/29 | WIRE TRANSFER FEE | 25.00 |
| 6/29 | WIRE TRANSFER FEE | 25.00 |
| | Subtotal: | 261,039.25 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/31 | 108,561.35 | 6/16 | 103,762.40 |
| 6/1 | 100,239.36 | 6/17 | 110,571.66 |
| 6/2 | 117,227.45 | 6/18 | 112,990.77 |
| 6/3 | 126,125.62 | 6/19 | 90,218.01 |
| 6/4 | 82,132.73 | 6/22 | 102,097.18 |
| 6/5 | 67,030.69 | 6/23 | 103,622.66 |
| 6/8 | 85,121.49 | 6/24 | 118,935.83 |
| 6/9 | 90,717.10 | 6/25 | 124,650.96 |
| 6/10 | 96,796.37 | 6/26 | 95,123.91 |
| 6/11 | 100,996.65 | 6/29 | 90,830.89 |
| 6/12 | 74,918.53 | 6/30 | 128,808.72 |
| 6/15 | 86,054.60 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOTOR PARKWAY ENTERPRISES INC
DIP CASE 14-75667 EDNY
TAX ACCOUNT
701 W MONTAUK HWY
BAYSHORE NY  11706

Page: 1 of 2
Statement Period: Jun 01 2015-Jun 30 2015
Cust Ref #: 4311239837-039-T-###
Primary Account #: 431*     ^^^7

## Chapter 11 Checking
MOTOR PARKWAY ENTERPRISES INC
DIP CASE 14-75667 EDNY
TAX ACCOUNT

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.95 | Average Collected Balance | 2,477.30 |
| Electronic Deposits | 14,290.70 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Electronic Payments | 14,290.70 | | |
| Ending Balance | 0.95 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/1 | eTransfer Credit, Online Xfer Transfer from CK 4311234449 | 2,000.00 |
| 6/10 | eTransfer Credit, Online Xfer Transfer from CK 4311234449 | 1,000.00 |
| 6/16 | eTransfer Credit, Online Xfer Transfer from CK 4311234449 | 1,000.00 |
| 6/22 | eTransfer Credit, Online Xfer Transfer from CK 4311234449 | 10,290.70 |
| | Subtotal: | 14,290.70 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/23 | CCD DEBIT, NYS TAX & FINANC SALES TAX SW****878103 2 | 14,290.70 |
| | Subtotal: | 14,290.70 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/31 | 0.95 | 6/16 | 4,000.95 |
| 6/1 | 2,000.95 | 6/22 | 14,291.65 |
| 6/10 | 3,000.95 | 6/23 | 0.95 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance: 0.95
② Total Deposits: +
③ Sub Total:
④ Total Withdrawals: −
⑤ Adjusted Balance:

| ⑥ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** ② | | |

| ⑦ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** ④ | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.