**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re **Motor Pkwy Ent Inc.**
           Debtor

Case No. **14-75667**

Reporting Period: **10/1-10/31**

Federal Tax I.D. # **11-2832667**

*Amended*

## MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | | | Explanation Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Post-petition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | | |
| Listing of aged Accounts Payable | | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____    Date **11/6/2015**
Signature of Debtor

_____    Date _____
Signature of Joint Debtor

_____    Date _____
Signature of Authorized Individual*

_____    _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(10/00)

1

In re **Motor Play Ent Inc** 
Debtor

Case No. **14-75667**
Reporting Period: **10/1 - 10/31/15**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | 186503 | | | | 186503 | | 186503 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 274124 | | | | 274124 | | 2890492 | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | 70650 | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | 274124 | | | | 274124 | | 2961132 | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | — | | | | — | | — | |
| PAYROLL TAXES | — | | | | — | | — | |
| SALES, USE, & OTHER TAXES | 10705 | | | | 10705 | | 100783 | |
| INVENTORY PURCHASES | 201009 | | | | 201009 | | 2069347 | |
| SECURED/ RENTAL/ LEASES | 29040 | | | | 29040 | | 296143 | |
| INSURANCE | 5418 | | | | 5418 | | 47221 | |
| ADMINISTRATIVE | 18100 | | | | 18100 | | 148800 | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | 3060 | | | | 3060 | | 58700 | |
| OWNER DRAW* | — | | | | — | | — | |
| TRANSFERS (TO DIP ACCTS) | — | | | | — | | — | |
| PROFESSIONAL FEES | 4350 | | | | 4350 | | 32406 | |
| U.S. TRUSTEE QUARTERLY FEES | — | | | | — | | 8850 | |
| COURT COSTS | — | | | | — | | 10075 | |
| TOTAL DISBURSEMENTS | 271682 | | | | 271682 | | 2772186 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 2442 | | | | 2442 | | 188945 | |
| CASH - END OF MONTH | 188945 | | | | 188945 | | 188945 | |

*COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 271682 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | — |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | — |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 271682 |

FORM MOR-1
(10/00)

In re **Moton Pkwy Ent Inc,**
Debtor

Case No. **14-75667**
Reporting Period: **10/1-10/31/15**

## BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

|  | # | Operating | # | Payroll | # | Tax | # | Other |
|---|---|---|---|---|---|---|---|---|
| BALANCE PER BOOKS |  | 188945 |  |  |  |  |  |  |
| BANK BALANCE |  | 188945 |  |  |  |  |  |  |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) |  |  |  |  |  |  |  |  |
| (−) OUTSTANDING CHECKS (ATTACH LIST): e.g. (1,000) |  |  |  |  |  |  |  |  |
| OTHER (ATTACH EXPLANATION) |  |  |  |  |  |  |  |  |
| ADJUSTED BANK BALANCE * |  | 188945 |  |  |  |  |  |  |

*"Adjusted Bank Balance" must equal "Balance per Books"

CKS OUTSTANDING                                                                    Ck #        Amount

THER

FORM MOR-1 (CON'T)
(10/00)

In re **Motion Plug Ent Inc,**
Debtor

Case No. **14-75667**
Reporting Period: **10/1-10/31/15**

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Month | Cumulative Filed to Date |
|---|---|---|
| **REVENUES** | | |
| Gross Revenues | 274124 | 2961132 |
| Less: Returns and Allowances | | |
| Net Revenue | 274124 | 2961132 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | 201009 | 2069347 |
| Add: Cost of Labor | — | — |
| Add: Other Costs (attach schedule) | — | — |
| Less: Ending Inventory | — | |
| Cost of Goods Sold | 201009 | 2069347 |
| Gross Profit | 73115 | 891785 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation | | |
| Insurance | 5418 | 47221 |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 2100 | 11662 |
| Rent and Lease Expense | 29040 | 296143 |
| Salaries/Commissions/Fees | 18100 | 148800 |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | 100 |
| Taxes - Other | | |
| Travel and Entertainment | 10705 | 113742 |
| Utilities | 960 | 46797 |
| Other (attach schedule) | | 21446 |
| Total Operating Expenses Before Depreciation | 66323 | 685911 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 6792 | 207874 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | 6792 | 207874 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 4350 | 8850 |
| U. S. Trustee Quarterly Fees | | 10075 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | 2442 | 188949 |

as defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(10/00)

In re: Motor Pkwy Ent Inc,
Debtor

Case No. 14-75667
Reporting Period: 10/1 - 10/31/15

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| **Other Operational Expenses** | | |
| Check Order | | 26 |
| Set | | 326 |
| Trust to DIP | | 18414 |
| Trust Dieerson | | 1032 |
| Reversed | | |
| **Other Income** | | |
| | | |
| **Other Expenses** | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (CONT)
(10/00)

In re: Maton Pkwy Rent, Inc.
Debtor

Case No. 14-75667
Reporting Period: 10/1 - 10/31/15

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 188945 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | 188945 | |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less: Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | | |
| **OTHER ASSETS** | | |
| Loans to Insiders | | |
| Other Assets (attach schedule) | | |
| TOTAL OTHER ASSETS | | |
| **TOTAL ASSETS** | 188945 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | 10705 | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders | | |
| Other Post-petition Liabilities (attach schedule) | | |
| TOTAL POST-PETITION LIABILITIES | 10705 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | 98301 | 98301 |
| Unsecured Debt | 91697 | 91697 |
| TOTAL PRE-PETITION LIABILITIES | | |
| TOTAL LIABILITIES | 200703 | 188998 |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Post-petition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Contributions (attach schedule) | | |
| NET OWNER EQUITY | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 200703 | 188998 |

"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(10/00)

In re: __Motor Kings Rent, Inc.__  
Debtor

Case No. __14-75667__

Reporting Period: __10/1-10/31/15__

## BALANCE SHEET - continuation sheet

| ASSETS<br>Other Current Assets | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | 0 | 0 |
| | | |
| | | |
| | | |
| | | |
| | 0 | 0 |
| | | |
| | | |
| | | |
| Adjustments to Owners' Equity | 0 | 0 |
| | | |
| | | |
| | | |
| Post-petition Contributions | 0 | 0 |
| | | |
| | | |
| | 0 | 0 |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 (CONT)  
(10/00)

In re: **MOTOR Pkwy Rnt Inc,** Debtor

Case No. **14-75667**
Reporting Period: **10/1-10/31/15**

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | 10702 | | 10707 | 10/21 | EFT | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | 10702 | | 10707 | 10/21 | EFT | 0 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | | | | | |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Post-petition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

FORM MOR-4
(10/00)

In re __Moton Pkwy Ent Inc,__  
Debtor

Case No. __14-75667__

Reporting Period: __10/1-10/31/15__

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | — |
| Plus: Amounts billed during the period | — |
| Less: Amounts collected during the period | — |
| Total Accounts Receivable at the end of the reporting period | — |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | — |
| 31 - 60 days old | — |
| 61 - 90 days old | — |
| 91+ days old | — |
| Total Accounts Receivable | — |
| Less: Bad Debts (Amount considered uncollectible) | — |
| Net Accounts Receivable | — |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post-petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(10/00)



**Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

MOTOR PARKWAY ENTERPRISES INC
DIP CASE 14-75667 EDNY
701 W MONTAUK HWY
BAY SHORE NY  11706

| | |
|---|---|
| Page: | 1 of 6 |
| Statement Period: | Oct 01 2015-Oct 31 2015 |
| Cust Ref #: | 4311234449-039-T-### |
| Primary Account #: | |

## Chapter 11 Checking
MOTOR PARKWAY ENTERPRISES INC
DIP CASE 14-75667 EDNY

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 186,502.87 | Average Collected Balance | 126,842.81 |
| Deposits | 118,102.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 156,021.50 | Days in Period | 31 |
| Checks Paid | 58,637.36 | | |
| Electronic Payments | 12,420.41 | | |
| Other Withdrawals | 200,625.00 | | |
| Ending Balance | 188,943.60 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/13 | DEPOSIT | 5,147.00 |
| 10/13 | DEPOSIT | 4,759.00 |
| 10/13 | DEPOSIT | 3,541.00 |
| 10/13 | DEPOSIT | 3,301.00 |
| 10/15 | DEPOSIT | 4,701.00 |
| 10/15 | DEPOSIT | 4,166.00 |
| 10/16 | DEPOSIT | 5,323.00 |
| 10/19 | DEPOSIT | 100.00 |
| 10/23 | DEPOSIT | 5,730.00 |
| 10/23 | DEPOSIT | 4,394.00 |
| 10/23 | DEPOSIT | 2,804.00 |
| 10/26 | DEPOSIT | 4,307.00 |
| 10/26 | DEPOSIT | 4,188.00 |
| 10/26 | DEPOSIT | 4,022.00 |
| 10/29 | DEPOSIT | 5,257.00 |
| 10/29 | DEPOSIT | 4,974.00 |
| 10/29 | DEPOSIT | 4,404.00 |
| 10/29 | DEPOSIT | 4,392.00 |
| 10/29 | DEPOSIT | 4,161.00 |
| 10/29 | DEPOSIT | 4,077.00 |
| 10/29 | DEPOSIT | 3,925.00 |
| 10/29 | DEPOSIT | 3,907.00 |
| 10/29 | DEPOSIT | 3,547.00 |
| 10/29 | DEPOSIT | 2,471.00 |
| 10/30 | DEPOSIT | 5,110.00 |
| 10/30 | DEPOSIT | 4,274.00 |
| 10/30 | DEPOSIT | 4,103.00 |



## Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MOTOR PARKWAY ENTERPRISES INC
DIP CASE 14-75667 EDNY

Page: 3 of 6
Statement Period: Oct 01 2015-Oct 31 2015
Cust Ref #: 4311234449-039-T-###
Primary Account #:

### DAILY ACCOUNT ACTIVITY

**Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30 | DEPOSIT | 4,081.00 |
| 10/30 | DEPOSIT | 2,936.00 |
| | Subtotal: | 118,102.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/1 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200378789 | 4,023.62 |
| 10/2 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200369783 | 4,317.07 |
| 10/5 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200380628 | 3,529.14 |
| 10/5 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200380630 | 350.00 |
| 10/5 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200380627 | 16.08 |
| 10/6 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200386152 | 7,097.46 |
| 10/6 | CCD DEPOSIT, 7-ELEVEN INC. PAYMENT 0000900719305 | 7,000.00 |
| 10/6 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200386151 | 22.74 |
| 10/7 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200384735 | 4,292.05 |
| 10/7 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200384734 | 34.49 |
| 10/8 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200370810 | 4,342.21 |
| 10/9 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200370852 | 5,268.77 |
| 10/9 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 4,937.04 |
| 10/9 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200370851 | 5.67 |
| 10/13 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200396744 | 9,644.45 |
| 10/13 | CCD DEPOSIT, 7-ELEVEN INC. PAYMENT 0000900722257 | 7,000.00 |
| 10/13 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200394191 | 4,344.77 |
| 10/13 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 1,802.38 |
| 10/13 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200396743 | 12.61 |
| 10/14 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200396788 | 3,482.28 |
| 10/15 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200396835 | 3,984.12 |
| 10/15 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 2,254.67 |
| 10/15 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200396834 | 1.10 |
| 10/16 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200399426 | 4,057.86 |
| 10/16 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200399425 | 2.23 |
| 10/19 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200398369 | 4,854.23 |
| 10/19 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 1,776.85 |
| 10/19 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200398368 | 1.93 |
| 10/20 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200400541 | 9,398.36 |
| 10/20 | CCD DEPOSIT, 7-ELEVEN INC. PAYMENT 0000900726764 | 7,000.00 |
| 10/20 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200400540 | 22.81 |
| 10/21 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200391919 | 4,411.98 |
| 10/21 | CCD DEPOSIT, SOUTHLAND CORP TRANSFER     4311234449 | 2,162.18 |
| 10/21 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200391918 | 3.32 |
| 10/22 | CCD DEPOSIT, AMOCO DLR/JBR EDI PAYMNT 5200400597 | 4,343.32 |