# MACCO & STERN, LLP

Attorneys At Law
135 Pinelawn Road
Suite 120 South
Melville, New York 11747
www.maccosternlaw.com

Michael J. Macco
Richard L. Stern

Peter Corey
Cooper J Macco

Telephone (631) 549-7900
Facsimile  (631) 549-7845

19 November, 2015

Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY  11722

      Re:    Motor Parkway Enterprises, Inc.
               Case No.: 14-75667-ast

Dear Honorable Sir:

On November 9, 2015, we filed a Motion to Object/Reclassify/Reduce/Expunge Claim number 13-1 on behalf of Motor Parkway Enterprises, Inc., docket number 45, which was to be presented to Your Honor for consideration on December 14, 2015.

We wish to withdraw our motion objecting to the claim of PSEG Long Island.

Thank you in advance for your courtesies.

Respectfully submitted,

Cooper J Macco

/cs

cc: Office of the U. S. Trustee
     Long Island Federal Courthouse
     560 Federal Plaza
     Central Islip, NY  11722

     PSEG Long Island
     Geralyn Clinch
     15 Park Drive
     Melville, NY  11747