KAYE SCHOLER LLP
Scott D. Talmadge
Holly M. Martin
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 835-8689
*Attorneys for Sohail Muhammad*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                                :
                                                                          :    Chapter 11
Motor Parkway Enterprises, Inc.,                    :    Case No. : 14-75667-ast
                                                                          :
                              Debtor.                            :
------------------------------------------------------------x

<u>**OPPOSITION OF SOHAIL MUHAMMAD TO DEBTOR'S OBJECTION TO
ALLOWANCE OF CLAIM**</u>

Sohail Muhammad (the "Claimant"), by and through his undersigned counsel,

respectfully submits this Opposition to the Debtor's Objection to the Allowance of Claim

number 14.

**BACKGROUND**

1.        On December 24, 2014, Motor Parkway Enterprises, Inc. (the "Debtor")

commenced a case under chapter 11 of title 11 of the United States Code (the "Bankruptcy

Code") in this Court.

2.        On April 17, 2015, the Claimant submitted a proof of claim against the Debtor in

the amount of $157,354.16 (the "Proof of Claim"), attached hereto as Exhibit A.

3.      On November 9, 2015, the Debtor filed the Debtor's Objection to Allowance of Claim (the "Objection") alleging that based on the Debtor's records, the Claimant was at no time employed by the Debtor.

## OPPOSITION

4.      The Claimant's records do not match the Debtor's records.   The Claimant's records, which are set forth in more detail on the Proof of Claim, reflect that the Claimant was employed by the Debtor and has a claim amount for a total of approximately $157,354.16, of which approximately $12,475.00 is an unsecured priority claim.

**WHEREFORE**, the Claimant respectfully requests that the Proof of Claim be allowed in the amount set forth on the Proof of Claim, or in such amount as determined by agreement among the parties or as determined by the Court.

Dated: New York, New York
         December 24, 2015

By:      *Scott D. Talmadge*

KAYE SCHOLER LLP
Scott D. Talmadge
Holly M. Martin
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile:  (212) 835-8689
*Attorneys for Shoi Muhammad*