Holly M. Martin, Esq.
Kaye Scholer LLP
250 West 55th Street
New York, New York  10019-9710
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
holly.martin@kayescholer.com

*Attorney for Sohail Muhammad*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               : Chapter 11
Motor Parkway Enterprises, Inc.,                               : Case No. : 14-75667-ast
                                                               :
                Debtor.                                      :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Holly M. Martin hereby appears as counsel for Creditor Sohail Muhammad and requests service of all notices and documents herein upon the following:

Holly M. Martin, Esq.
KAYE SCHOLER LLP
250 West 55th Street
New York, New York  10019-9710
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
email: holly.martin@kayescholer.com

PLEASE TAKE FURTHER NOTICE that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the Debtor, its property, or its estate.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance, pleading, proof of

claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
December 30, 2015

KAYE SCHOLER LLP

/s/ Holly M. Martin
Holly M. Martin
250 West 55th Street
New York, New York  10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
e-mail: holly.martin@kayescholer.com

*Attorney for Sohail Muhammad*