UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

|  |  |  |
|---|---|---|
|  | Chapter 7 |  |
| A & B MART & SERVICE, INC. | Case Nos.: | 15-70118 (AST) |
| BOHEMIA DEVELOPMENT CORP. |  | 15-70119 (AST) |
| CENTEREACH DEVELOPMENT CORP. |  | 15-70120 (AST) |
| CORAM DEVELOPMENT CORP. |  | 15-70121 (AST) |
| HAUPPAUGE DEVELOPMENT CORP. |  | 15-70122 (AST) |
| NORTHPORT ENTERPRISES, INC. |  | 15-70123 (AST) |
| VALLEY STREAM ENTERPRISES, INC. |  | 15-70124 (AST) |
| MAPLE AVENUE HAUPPAUGE DEVELOPMENT CORP. |  | 14-75674 (AST) |
| PORT JEFFERSON DEVELOPMENT CORP. |  | 14-75675 (AST) |
| MEDFORD DEVELOPMENT CORP. |  | 14-75666 (AST) |
| AIRPORT DEVELOPMENT CORP. |  | 14-75683 (AST) |
| WHEELER DEVELOPMENT LLC |  | 14-75668 (AST) |
| SMITHTOWN DEVELOPMENT CORP. |  | 14-75669 (AST) |
| BRENTWOOD DEVELOPMENT CORP. |  | 14-75670 (AST) |
| RONKONKOMA DEVELOPMENT CORP. |  | 14-75676 (AST) |
| ISLANDIA DEVELOPMENT CORP. |  | 14-75677 (AST) |
| OCEANSIDE ENTERPRISES, INC. |  | 14-75678 (AST) |
| ISLIP DEVELOPMENT CORP. |  | 14-75679 (AST) |
| WESTBURY ENTERPRISES, INC. |  | 14-75680 (AST) |
| 303 MAPLE AVENUE, LLC |  | 15-74913 (AST) |
|  | Debtors. | Jointly Administered |

------------------------------------------------------------X

**ORDER DENYING REMAINDER OF**
**<u>BRENTWOOD DEBTOR'S MOTION TO REJECT UNEXPIRED LEASE</u>**

On March 23, 2016, the Court conducted a ruling conference in connection with the

remaining portion of the Motion of Brentwood Development Corp ("Brentwood" or "Debtor")[1]

---

[1] The Debtors are as follows: (1) Medford Development Corp.; (2) Motor Parkway Enterprises, Inc.; (3) Airport Development Corp.; (4) Wheeler Development LLC; (5) Smithtown Development Corp.; (6) Brentwood Development Corp.; (7) Holbrook Development Corp.; (8) Carman Development Corp.; (9) Maple Avenue Hauppauge Dev. Corp.; (10) Port Jefferson Development Corp.; (11) Ronkonkoma Development Corp.; (12) Islandia Development Corp.; (13) Oceanside Enterprises Corp.; (14) Islip Development Corp.; and (15) Westbury Enterprises Inc.

The Gulf Debtors are as follows: (1) Medford Development Corp.; (2) Oceanside Development Corp.; (3) Islip Development Corp.; (4) Islandia Development Corp.; (5) Smithtown Development Corp; (6) Westbury Enterprises, Inc.; (7) Ronkonkoma Development Corp; (8) Brentwood Development Corp.; and (9) Airport Development Corp.; and (10) Wheeler Development LLC.

The Non-Gulf Debtors are as follows: (1) Motor Parkway Enterprises Inc.; (2) Holbrook Development Corp.; (3) Carman Development Corp.; (4) Maple Avenue Hauppauge Dev. Corp. and (5) Port Jefferson Development Corp.

1

(the "Motion") to Reject Certain Unexpired Leases and Executory Contracts with Technic Motor Auto Repair Corporation ("Technic") [Medford Development Corp., Case No. 14-75666; dkt item 194]; Technic's objection to the Motion [Medford Development Corp., Case No. 14-75666; dkt item 199]; Brentwood Debtor's Supplemental Response ("Supplement") [Medford Development Corp., Case No. 14-75666; dkt item 255]; and Technic's reply to the Brentwood Debtor's Supplement [Medford Development Corp., Case No. 14-75666; dkt item 259]. The Court having stated its findings of fact and conclusions of law and read its decision into the record, which are incorporated herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion to reject the Technic lease is denied as to the Brentwood Debtor; and it is further

**ORDERED**, that Technic retains the right to remain on the premises of the Brentwood Debtor; and it is further

**ORDERED**, that Technic shall have **thirty (30) days** from entry of this Order to file and serve upon the Trustee, the purchaser of the estate's assets, and the United States Trustee its election to treat the lease as breached or to remain in possession under the terms of the lease in accordance with 11 U.S.C. Section 365(h)(1)(A); and it is further

**ORDERED**, that the Trustee or Technic shall have **thirty (30) days** after such election is filed to commence an adversary proceeding to resolve any remaining issues such as the amount of the security deposit owed to Technic, if any, and the impact of the Technic lease on the purchase price as set forth in the Sale Order, if any.



**Dated: March 28, 2016**  
**Central Islip, New York**

_____  
**Alan S. Trust**  
**United States Bankruptcy Judge**